IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 19-218 |
| | : | |
| SHAQUILE NEWSON (1) | : | |
| USM# 77112-066 / IN CUSTODY | : | December 22, 2020 |
| | : | |
| ALEXANDER M. MALAVE (2) | : | |
| USM# 77113-066 / IN CUSTODY | : | |
| | : | |
| KARVARISE E. PERSON (3) | : | |
| USM# 77215-066 / IN CUSTODY | : | |
| | : | |
| FATIEMA BIVENS (5) | : | |
| USM# 77111-066 / IN CUSTODY | : | |
| | : | |
| ISAIAH ROWE (7) | : | |
| USM# 72469-050 / IN CUSTODY | : | |
| | : | |
| MICHAEL DIAZ-WALKER (8) | : | |
| USM# 71750-018 / IN CUSTODY | : | |
| | : | |
| JAMES GOODE (9) | : | |
| USM# 77672-066 / IN CUSTODY | : | |
| | : | |
| YOJANG TORRES-ROSARIO (10) | : | |
| USM# 77673-066 / IN CUSTODY | : | |
| | : | |
| RICHARD POULSON (11) | : | |
| USM# 77671-066 / IN CUSTODY | : | |
| | : | |
| JESSICA LOPEZ (12) | : | |
| USM# 77667-066 / IN CUSTODY | : | |
| | : | |
| RYAN NUNEZ (13) | : | |
| USM# 77669-066 / IN CUSTODY | : | |
| | : | |
| TYASHIA MONROE (14) | : | |
| USM# 77670-066 / IN CUSTODY | : | |
| | : | |
| WENDY ESPADA (15) | : | |
| USM# 77668-066 / IN CUSTODY | : | |

**NOTICE OF TELEPHONE CONFERENCE**

**TAKE NOTICE** that a **STATUS OF TRIAL TELEPHONE CONFERENCE** in the above case has been set for **FRIDAY, MARCH 5, 2021** at **1:30 P.M.** before the Honorable Edward G. Smith.

At the time of the conference, all participants shall call **1-571-353-2300** followed by this conference code **363 973 916#**.

                                                                Jennifer J. Fitzko  
                                                                Deputy Clerk to Judge Smith  
                                                                (610) 333-1837

[ ]    INTERPRETER REQUIRED -  
[ ]    THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

Served on     Sherri A. Stephan, AUSA  
                   Charles John Volkert, AUSA  
                   Robert Sletvold, Esq.  
                   Glennis Clark, Esq.  
                   Maureen Claire Coggins, Esq.  
                   Michael Wiseman, Esq.  
                   Kathryn Roberts, Esq.  
                   Dina Chavar, Esq.  
                   Margaret M. Grasso, Esq.  
                   Richard Hans Maurer, Esq.  
                   Thomas A. Dreyer, Esq.  
                   Robert C. Patterson, Esq.  
                   Sharif N. Abaza, Esq.  
                   John A. Disantis, Esq.  
                   Jonathan McDonald, Esq.  
                   John J. Fioravanti, Jr.